# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-595-FDW-DCK

| | |
|---|---|
| JENNIFER MCCREARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FILTERS FAST, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Colin Dailey, concerning Joshua A. James on November 6, 2020. Joshua A. James seeks to appear as counsel *pro hac vice* for Defendant Filters Fast, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Joshua A. James is hereby admitted *pro hac vice* to represent Defendant Filters Fast, LLC.

Signed: November 9, 2020

David C. Keesler
United States Magistrate Judge