IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-595-FDW-DCK

| | |
|---|---|
| **JENNIFER MCCREARY,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **FILTERS FAST, LLC,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Colin D. Dailey, concerning Daniel T. Rockey on November 6, 2020. Daniel T. Rockey seeks to appear as counsel *pro hac vice* for Defendant Filters Fast, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Daniel T. Rockey is hereby admitted *pro hac vice* to represent Defendant Filters Fast, LLC.

Signed: November 9, 2020

David C. Keesler
United States Magistrate Judge