UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-595-FDW-DCK

| | |
|---|---|
| JENNIFER McCREARY, BETTY OWEN, and LYDIA POSTOLOWSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FILTERS FAST LLC,<br><br>Defendant. | ORDER |

THIS MATTER is before the Court on the parties' Joint Motion to Stay the Case (Doc. No. 26). For the reasons stated in the motion, the Court DENIES IN PART and GRANTS IN PART the motion with modification. To the extent the parties seek to vacate the deadline to file an answer, Defendant subsequently—and timely—filed its answer (Doc. No. 27). Accordingly, that part of the motion is DENIED AS MOOT. As to all other deadlines, the Court will STAY the case for thirty (30) days from the date of this Order. If the Wisconsin Case referenced in the instant motion is not resolved by that time, the parties may file a renewed motion to stay and shall include a basis for why the instant case should not be dismissed in light of the Wisconsin Case, which the parties concede is the "first-filed case." (Doc. No. 26, p. 1). Failure to provide a sufficient basis for the renewed motion could result in the expiration of the stay and/or dismissal of the case.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Stay the Case (Doc. No. 26) is DENIED AS MOOT in part and GRANTED IN PART. This matter shall be stayed until September 2, 2021, at which time the parties must renew their motion.

IT IS SO ORDERED.    Signed: August 3, 2021

_Frank D. Whitney_
United States District Judge