UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-595-FDW-DCK

| | |
|---|---|
| JENNIFER McCREARY, BETTY OWEN, and LYDIA POSTOLOWSKI, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>vs. <br><br>FILTERS FAST LLC, <br><br>Defendant. | ORDER |

THIS MATTER is before the Court on the parties' Joint Motion to Further Stay the Case (Doc. No. 29). For the reasons stated in the motion, the Court GRANTS the motion. The Court will STAY the case until October 4, 2021. This matter is approaching the one-year mark, and no case management order has issued to move this case forward. The parties are cautioned that the Court does not intend to stay this case indefinitely while the Wisconsin Case remains unresolved.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Further Stay the Case (Doc. No. 29) is GRANTED. This matter shall be stayed until October 4, 2021.

IT IS SO ORDERED.

Signed: September 2, 2021

Frank D. Whitney
United States District Judge